IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARK BARROW,

    Petitioner,

v.                                             Case No. 3:24cv107-MCR/MAF

ATTORNEY GENERAL,

    Respondent.
_____/

**ORDER**

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge, ECF No. 3, that the case, including any pending motions, be transferred to the United States District Court for the Southern District of Florida, West Palm Beach Division. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any objections timely filed.

Having considered the Report and Recommendation, and any objections filed thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation, ECF No. 3, is adopted and incorporated by reference in this order.

2. The Clerk is directed to transfer the case, including any pending motions, to the United States District Court for the Southern District of Florida, West Palm Beach Division.

**DONE AND ORDERED** this 4th day of June 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv107-MCR/MAF